IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01988-TPO

DAVID HERRERA VENEGAS,

      Petitioner,

v.

GEORGE VALDEZ, Acting Field Office Director,
U.S. Immigration and Customs Enforcement, *et al*.,

in their official capacities,

      Respondents.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 1, 2026.**

This matter comes before this Court upon its own motion.

Both Parties shall address whether Petitioner was deported in 1993, and if so, the impact of such a deportation on the present Petition. *See Guerra-Alvarado v. Mullin*, No. C26-1314-MLP, 2026 WL 1265994, at *2 (W.D. Wash. May 8, 2026) (reinstating the prior removal order pursuant to 8 U.S.C. § 1231(a)(5)). If Respondents believe that Petitioner was deported previously, then they shall provide documentation supporting as much, including, but not limited to, the prior Deportation Order.

Both Parties also shall address the "individual hearing on the merits of his application" set to occur on June 2, 2026. *See* ECF 9-1 ¶ 21.

Respondents shall file their brief (5 pages maximum) by **June 8, 2026**. Petitioner shall respond by **June 15, 2026**.