IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01988-TPO

DAVID HERRERA VENEGAS,

      Petitioner,

v.

GEORGE VALDEZ, Acting Field Office Director,
U.S. Immigration and Customs Enforcement, *et al*.,

in their official capacities,

      Respondents.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 4, 2026.**

This matter comes before this Court upon the Parties' Joint Stipulation of Dismissal without Prejudice. ECF 12.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties' stipulated dismissal is self-effectuating. Accordingly, this matter was dismissed without prejudice as of the filing of their Joint Stipulation.

The Clerk of Court shall **close** this case.